IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLYNDA WESLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-04-414-L ) |
| RON WARD, DIRECTOR, et al., | ) ) |
| Defendants. | ) |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by the Honorable Valerie K. Couch on August 25, 2005, in which she recommended that this action be dismissed without prejudice due to plaintiff's failure to serve defendants within the time limits prescribed by Fed. R. Civ. P. 4(m). The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and to date plaintiff has failed to object to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. This action is therefore dismissed **without prejudice**. Judgment will issue accordingly.

It is so ordered this 11th day of October, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge